UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Jose Ramon Crespo-Chinique aka
Jose R Crespo aka Jose Crespo

CASE NO. 20-23440-LMI
CHAPTER 7

Debtor(s).
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
### 8886 NW 116TH ST, HIALEAH GARDENS, FL 33018

NOTICE IS HEREBY GIVEN of the appearance of eXL Legal, PLLC, as counsel for WELLS FARGO BANK, N.A., a creditor in the above-styled cause. Pursuant to Bankruptcy Rule 2002, Counsel requests copies of all pleadings and notices to creditors or other parties in interest be addressed to eXL Legal, PLLC, 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, and pursuant to Bankruptcy Rule 2002(g), requests Counsel's name and address be added to the Clerk's matrix list of creditors.

eXL Legal, PLLC
Alejandro Martinez-Maldonado, Esq.
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Email Address: bk@exllegal.com
Attorney for the Movant

By: /s/ Alejandro G. Martinez-Maldonado

Alejandro Martinez-Maldonado
FLBN 108112

1000006774

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

I FURTHER CERTIFY that a true and correct copy of the foregoing was furnished on December 22, 2020 , by U.S. Mail and/or electronic mail via CM/ECF to:

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126

SONEET KAPILA, TRUSTEE
P.O. BOX 14213
FORT LAUDERDALE, FL 33302

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

The parties identified below were served on December 22, 2020 by U.S. Mail.

JOSE RAMON CRESPO-CHINIQUE
8886 NW 116TH STREET
HIALEAH GARDENS, FL 33018

 

eXL Legal, PLLC
Alejandro Martinez-Maldonado, Esq.
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Email Address: bk@exllegal.com
Attorney for the Movant

By: */s/ Alejandro G. Martinez-Maldonado*

Alejandro Martinez-Maldonado
FLBN 108112

1000006774